1 | KAREN P. HEWITT
United States Attorney
2 | FRED SHEPPARD
Assistant United States Attorney
3 | California State Bar No. 250781
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-7176
6 |
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

```
FILED

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                               DEPUTY
```

8 |
9 | UNITED STATES DISTRICT COURT
10 | SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          )   Magistrate Case No.  08MJ1439
                                         )
12 |                     Plaintiff,       )
                                         )   **STIPULATION OF FACT AND JOINT**
13 |          v.                          )   **MOTION FOR RELEASE OF**
                                         )   **MATERIAL WITNESS(ES) AND**
14 | BLANCA BLANCO,                       )   **ORDER THEREON**
                                         )
15 |                     Defendant.       )
     _____)

16 |         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred

18 | Sheppard, Assistant United States Attorney, and defendant BLANCA BLANCO, by and through and

19 | with the advice and consent of defense counsel, Richard Boesen, Esq., that:

20 |         1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 | intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

23 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 | of Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs.

25 | 1324(a)(1)(A)(iii) and (v)(II) (Felony)

26 | //

27 | //

28 | //

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **June 5, 2008**.

4.    The material witnesses, Luis Sanchez-Campos, Noemi Lopez-Medina and Enrique Moreno-Ruiz, in this case:

      a.    Are aliens with no lawful right to enter or remain in the United States;

      b.    Entered or attempted to enter the United States illegally on or about May 3, 2008;

      c.    Were found in a house which defendant was a caretaker and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

      d.    Were paying $4,500, $5,000 and $3,500, respectively, to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Blanca Blanco              2                      08MJ1439

1  of (an) unavailable witness(es); and,

2        c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5  waives the right to confront and cross-examine the material witness(es) in this case.

6       6.     By signing this stipulation and joint motion, defendant certifies that defendant has

7  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

8  further that defendant has discussed the terms of this stipulation and joint motion with defense

9  counsel and fully understands its meaning and effect.

10       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness(es) to the Department of

12  Homeland Security for return to their country of origin.

13       It is STIPULATED AND AGREED this date.

14                      Respectfully submitted,

15                      KAREN P. HEWITT

16                      United States Attorney

17  Dated: 6/3/08 .

18                      FRED SHEPPARD

                      Assistant United States Attorney

19

20  Dated: 5-22-08 .

                      RICHARD BOESEN

21                      Defense Counsel for Crystal Macias

22  Dated: 05-22-08

23                      BLANCA BLANCO

                      Defendant

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Blanca Blanco         3               08MJ1439

1

## O R D E R

2     Upon joint application and motion of the parties, and for good cause shown,

3     **THE STIPULATION** is admitted into evidence, and,

4     **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5 forthwith to the Department of Homeland Security for return to their country of origin.

6     **SO ORDERED.**

7     Dated: 6/3/08

8                                                      United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Blanca Blanco                    4                              08MJ1439