AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BLANCA BLANCO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1792-JM

I, BLANCA BLANCO, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, on or about May 3, 2008, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 06-03-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Blanca Blanco_
BLANCA BLANCO
Defendant

_Richard Boesen_
RICHARD BOESEN
Defense Counsel for
BLANCA BLANCO

Before _____
Judicial Officer